IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02408-BNB

PEDRO DOMINGUEZ,

    Plaintiff,

v.

JOHN COOKE, Weld County Sheriff,
AMY (JANE DOE) RN, Health Services Administrator,
MARGO J. GEPPERT, Facility Doctor, and
JOHN DOE DILL, Chief Deputy,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED PRISONER COMPLAINT

---

Plaintiff, Pedro Dominguez, currently is in the custody of the Weld County Jail in Greeley, Colorado. Mr. Dominguez initiated this action by filing a *pro se* Prisoner Complaint alleging that his constitutional rights have been violated. He seeks money damages and declaratory relief.

The Court must construe the Prisoner Complaint liberally because Mr. Dominguez is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Dominguez will be ordered to file an Amended Prisoner Complaint and assert personal participation in each of the claims he raises.

The Court has reviewed the Prisoner Complaint and finds that it is deficient. Mr. Dominguez asserts that (1) Defendant John Cooke tolerates the actions of the

correctional officers who violated Mr. Dominguez's rights; (2) Defendant Margo J. Geppert only conducts a visual examination to determine he is okay and does not request an x-ray; and (3) Medical Health Services refuses to approve the surgery that he needs.

Mr. Dominguez fails to assert personal participation by all named defendants. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Dominguez must name and show how named defendants caused a deprivation of his federal rights. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Dominguez, therefore, will be directed to file an Amended Prisoner Complaint that asserts all claim and clarifies in each claim who he is suing and alleges **specific** facts that demonstrate how each named Defendant personally participated in the asserted constitutional violation. In order for Mr. Dominguez to state a claim in federal court, his Amended "[C]omplaint must explain what each defendant did to him [ ]; when the defendant did it; how the defendant's action harmed him [ ]; and, what specific legal right [he] believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Dominguez file **within thirty days from the date of this Order** an Amended Prisoner Complaint that is in keeping with the instant Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Dominguez, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Amended Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Dominguez fails to file an Amended Prisoner Complaint within the time allowed the action will be dismissed without further notice.

DATED October 22, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02408-BNB

Pedro Dominguez
Prisoner No. P6750
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 10/22/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk